# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129347

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RONNIE PRATT MONCRIEF, JR.,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129347
COA: 252524
Oakland CC: 03-007909-AR

_____/

     On order of the Court, the application for leave to appeal the August 2, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

p0120